WILL KEMP, ESQ., NV Bar No. 1205
c.pola@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
*Attorneys for Plaintiffs*

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kic@kempjones.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ORION GALLAGHER, a minor child, individually; BRYAN GALLAGHER, as Guardian Ad Litem of ORION GALLAGHER; CAMILLE GALLAGHER, as Guardian ad Litem of ORION GALLAGHER; KEITH HALEY, individually JEREME BOTIZ, individually; JAMES HU, individually; RICHARD BELSKY, individually; YVONNE ARNONE, individually; PATRICIA SUTHERLAND, as heir of KATHLEEN MUSTAIN RYERSON, deceased; RICHARD RYERSON, as heir of KATHLEEN MUSTAIN RYERSON, deceased; JUDITH RYERSON, in her capacity as Special Administratix of the Estate of KATHLEEN RYERSON (DECEDENT) and as heir of KATHLEEN MUSTAIN RYERSON, deceased; CAROLYN STRONG, individually; KATHLEEN GACIAS, individually,

Plaintiffs,

v.

OHIO SECURITY INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY; PEERLESS INDEMNITY INSURANCE COMPANY; and WEST AMERICAN INSURANCE COMPANY,

Defendants.

Case No.: 2:26-cv-02226-APG-NJK

**STIPULATION AND ORDER TO EXTEND THE RESPONSE DEADLINE RELATED TO OHIO SECURITY INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE COMPANY, AND WEST AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [ECF NO. 4]**

**(First Request)**

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kic@kempjones.com

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, by and through their undersigned counsel of record, and Defendant Ohio Security Insurance Company, Ohio Casualty Insurance Company, Peerless Indemnity Insurance Company, and West American Insurance Company (collectively, "Liberty"), by and through their counsel of record, that Plaintiffs shall have additional time to file their Response to the Liberty Defendants' Motion to Dismiss Plaintiffs' Claims. The original deadline for Plaintiffs to file their Response to the Motion to Dismiss, currently August 12, 2026, is hereby extended to **August 26, 2026**.

/ / /

/ / /

This Stipulation is made in good faith and not for the purpose of delay. Good cause exists for the requested extension because counsel for Plaintiffs have pretrial motions due in an unrelated matter at the same time as the Response is currently due. This is the first request for an extension of these deadlines, and the requested extension will not prejudice any party.

IT IS SO STIPULATED.

Dated this 6th Day of August, 2026

**KEMP JONES, LLP**

*/s/ Will Kemp*
WILL KEMP, ESQ.,
Nevada Bar No. 1205
ERIC PEPPERMAN, ESQ.,
Nevada Bar No. 11679
BREANNA SWITZLER, ESQ.,
Nevada Bar No. 15653
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for the Gallagher Plaintiffs the Ryerson Plaintiffs, and Plaintiffs Botiz, Hu, Belsky, and Arnone*
-and-
THEODORE PARKER, III, ESQ.,
NV Bar No. 4716
PARKER, NELSON & ASSOCIATES
2460 Professional Court, Suite 200
Las Vegas, NV 89126
*Attorneys for Plaintiff Keith Haley*

Dated this 6th Day of August, 2026

**HINSHAW & CULBERTSON, LLP**

*/s/ David Hayek*
SPENCER Y. KOOK
Nevada Bar No. 17084
DAVID T. HAYEK (Proc Hac Vice)
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
-and-
**McCORMICK BARSTOW LLP**
Johnathan W. Carlson, Esq.
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
-and-
**SPENCER FANE LLP**
John H. Mowbray, Esq.
Nevada Bar No. 1140
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendants OHIO SECURITY INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE COMPANY, and WEST AMERICAN INSURANCE COMPANY*

**IT IS SO ORDERED.**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: August 17, 2026

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kic@kempjones.com