McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson (Nev. Bar No. 10536)
jonathan.carlson@mccormickbarstow.com
Mandy Vogel (Nev. Bar No. 16150)
mandy.vogel@mccormickbarstow.com
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: 702-949-1100
Facsimile: 702-949-1101

Hinshaw & Culbertson, LLP
Spencer Y. Kook (Nev. Bar No. 17084)
skook@hinshawlaw.com
David T. Hayek (Pro Hac Vice Forthcoming)
dhayek@hinshawlaw.com
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399

Spencer Fane LLP
John H. Mowbray (Nev. Bar No. 1140)
jmowbray@spencerfane.com
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702-408-3410
Facsimile: 702-938-8648

Attorneys for Defendants
Ohio Security Insurance Company, The Ohio Casualty Insurance Company, Peerless Indemnity Insurance Company and West American Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORION GALLAGHER, a minor child, individually; BRYAN GALLAGHER, as Guardian Ad Litem of ORION GALLAGHER; CAMILLE GALLAGHER as Guardian ad Litem of ORION GALLAGHER; KEITH HALEY, individually; JEREME BOTIZ, individually; JAMES HU, individually; RICHARD BELSKY, individually; YVONNE ARNONE, individually; PATRICIA SUTHERLAND, as heir of KATHLEEN MUSTAIN RYERSON, deceased; RICHARD RYERSON, as heir of KATHLEEN MUSTAIN RYERSON, | Civil Action No. 2:26−cv−02226−APG−NJK<br>U.S. District Judge Andrew P. Gordon<br><br>**STIPULATION AND ORDER TO EXTEND THE RESPONSE DEADLINE RELATED TO PLAINTIFFS' MOTION FOR REMAND [ECF # 8]**<br><br>**(First Request)** |

deceased; JUDITH RYERSON, in her capacity as Special Administratrix of the Estate of KATHLEEN RYERSON (DECEDENT) and as heir of KATHLEEN MUSTAIN RYERSON, deceased; CAROLYN STRONG, individually; KATHLEEN GACIAS, individually,

Plaintiffs,

vs.

OHIO SECURITY INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY; PEERLESS INDEMNITY INSURANCE COMPANY; AND WEST AMERICAN INSURANCE COMPANY

Defendants.

**TO THE COURT, PARTIES AND COUNSEL OF RECORD HEREIN:**

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, by and through their undersigned counsel of record, and Defendant Ohio Security Insurance Company, Ohio Casualty Insurance Company, Peerless Indemnity Insurance Company, and West American Insurance Company (collectively, "Liberty"), by and through their counsel of record, that Liberty shall have additional time to file their Response to the Plaintiffs' Motion to Remand [ECF # 8]. The original deadline for Liberty to file its Response to the Motion for Remand is currently to Dismiss, currently August 27, 2026, is hereby extended to **September 4, 2026.** The parties further stipulate and agree any Reply by Plaintiffs shall be due on or before **September 16, 2026**.

**This is the first request for extension of time by Liberty with respect to the subject deadlines relating to the Response and Reply regarding Plaintiffs' Motion for Remand.**

The Stipulation is made in good faith and not for the purpose of delay. Good cause exists for the requested extension because counsel for Liberty has received an emergency motion in the

Supreme Court of California on an unrelated matter to which it must promptly respond at the same time Liberty's response is currently due in this matter. The requested extension will not prejudice any party.

IT IS SO STIPULATED.

Dated: August 21, 2026 By: KEMP JONES, LLP

*/s/ Will Kemp*
Will Kemp, Esq.,
Nevada Bar No. 1205
Eric Pepperman, Esq.,
Nevada Bar No. 11679
Breanna Switzler, Esq.,
Nevada Bar No. 15653
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for the Gallagher Plaintiffs the Ryerson Plaintiffs, and Plaintiffs Botiz, Hu, Belsky, and Arnone*
-and-
Theodore Parker, III, Esq.,
NV Bar No. 4716
Parker, Nelson & Associates
2460 Professional Court, Suite 200
Las Vegas, NV 89126

DATED: August 21, 2026 By: McCORMICK BARSTOW LLP

*/s/ Jonathan W. Carlson*
Jonathan W. Carlson
Nevada Bar No. 10536
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

By: SPENCER FANE LLP

*/s/ John H. Mowbray*
John H. Mowbray
Nevada Bar No. 1140
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101

/ / /

/ / /

Re: Gallagher et al. v. Ohio Security Insurance Company, et al.
Case No. 2:26-cv-02226-APG-NJK

By: HINSHAW & CULBERTSON LLP

*/s/ Spencer Y. Kook*
Spencer Y. Kook
Nevada Bar No. 17084
David T. Hayek (Pro Hac Vice)
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476

Attorneys for Defendants OHIO SECURITY INSURANCE COMPANY, THE OHIO CASUALTY INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE COMPANY, and WEST AMERICAN INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED: August 24, 2026

UNITED STATES DISTRICT JUDGE